### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| CHOPPER TRADING LLC, | Case No. 1:19-CV-1674 |
| Plaintiff, | Honorable Martha Pacold |
| vs. | |
| ALLSTON TRADING LLC, | |
| Defendant. | |

## DECLARATION OF PETER G. WILSON

Peter G. Wilson declares as follows:

1. I am an attorney with the law firm of Katten Muchin Rosenman LLP, which is counsel to Defendant Allston Trading LLC in this litigation. I am a member in good standing of the bar of this court and the bars of Illinois, New York, and the District of Columbia.

2. I make this declaration to place before the Court certain materials that are referenced in Defendant's Rep, dated October 31, 2022, in this case.

3. The table below identifies Exhibit 1, a true and correct copy of which is included as an attachment to this declaration:

| Exhibit No. | Description of Exhibit |
|---|---|
| 1 | May 26, 2020 email from David McGill to Stacie Hartman, counsel to Arbitrator |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 31, 2022, at Chicago, Illinois.

/s/ Peter G. Wilson
PETER G. WILSON

KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661-3693
T: 312.902.5200
F: 312.902.1061

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2022, I caused a true and correct copy of the foregoing to be served upon counsel of record as of this date by electronic filing.


Dated: October 31, 2022                              /s/ Peter G. Wilson
                                                     Peter G. Wilson

# Exhibit 1

# FILED UNDER SEAL